**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**
√ **INITIAL APPEARANCE**                         DATE: 6/22/05
☐ **BOND HEARING**
☐ **DETENTION HEARING**                       DIGITAL Recording : 3:30 - 3:34
☐ **PRELIMINARY (EXAMINATION)(HEARING)**
☐ **REMOVAL HEARING (R.40)**
☐ **ARRAIGNMENT**

PRESIDING MAG. JUDGE: Vanzetta Penn McPherson   DEPUTY CLERK: W. Robinson

CASE NO.    2:05mj78-M                  DEFENDANT NAME: Keith Lamar Laster
AUSA:  Andrew Schiff                       DEFT. ATTY:    Kevin Butler

                                    Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD

PTSO:   Ron Thweatt                        USPO: _____

Defendant (    ) does; ( √ )does NOT need an interpreter

Interpreter present  ( √ ) NO; (   ) YES      Name:

---

☑    Date of Arrest or ☑ Arrest Rule 40    6/22/05
☐    **Deft First Appearance. Advised of rights/charges.** ☐ **Prob/Sup Rel Violator**
☐    **Deft First Appearance with Counsel**
☐    **Deft. First Appearance without Counsel**
☐    **Requests appointed Counsel**
☐    **Financial Affidavit executed** ☐ *ORAL MOTION FOR APPT OF COUNSEL*
☐    *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed*
☐    **Panel Attorney Appointed;** ☐ **to be appointed - prepare voucher**
☐    **Deft. Advises he will retain counsel. Has retained** _____
☐    ☐ **Government's ORAL  Motion for Detention Hrg.** ☐ **to be followed by written motion;** ☐ **Government's WRITTEN Motion for Detention Hrg. filed**
☐    **Detention Hearing** ☐ **held;** ☐**set for**
☐    **ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered**
☐    **ORDER OF DETENTION HEARING PENDING TRIAL to be entered**
☐    **Release order entered. Deft advised of conditions of release**
☐    ☐ **BOND EXECUTED (M/D AL charges) $. Deft released**
     ☐ **BOND EXECUTED (R. 40) - deft to report to originating district as ordered**
☐    **Bond not executed. Defendant to remain in Marshal's custody**
☐    **Deft. ORDERED REMOVED to originating district**
☐    **Waiver of** ☐ **preliminary hearing;** ☐ **Waiver Rule 40 hearing**
☐    **Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury**
☐    **ARRAIGNMENT** ☐**HELD. Plea of NOT GUILTY entered.** ☐**Set for**
            **DISCOVERY DISCLOSURE DATE:**
☐    **NOTICE to retained Criminal Defense Attorney handed to counsel**
☐    **WAIVER of Speedy Trial.  CRIMINAL TERM:**

Identity Hearing set in this by Separate Order for 23 June 2005 @3:00 p.m.

Defendant Remanded to USMS Custody until the Hearing