# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

HON.  Vanzetta Penn McPherson                    Montgomery , Alabama

DATE COMMENCED:  6/23/05          DIGITAL RECORDING: 3:11 – 3:45

DATE COMPLETED:   6/23/05

USA                                              *

vs                                               *          2:05mj78-M

KEITH LAMAR LASTER                               *

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Andrew Schiff | | Kevin Butler |

---

## COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Tamara Martin, USPO

---

## PROCEEDINGS:

(  ) JURY TRIAL
( x ) OTHER PROCEEDINGS:  Identity Hearing


SEE MINUTES ATTACHED

| Description | 2:05mj78-M:  USA v. Keith Lamar Laster:  Identity Hearing | |
|---|---|---|
| Date | 6 /23/2005 | **Location** |

| Time | Speaker | Note |
|---|---|---|
| 3:11:39 PM | Court | Opening Statements regarding this Case |
| 3:12:23 PM | Court | Questions defendant regarding the Financial Affidavit; Appoints Federal Defender to represent Defendant |
| 3:14:25 PM | Government | Recites Limits of Punishment |
| 3:15:06 PM | Defendant | (ORAL MOTION) Requests Pretrial Service Report be excluded |
| 3:15:58 PM | Court | (ORAL ORDER) Excluded for Purposes of the Identity Hearing |
| 3:16:38 PM | Government | Calls Witness Charles F. Salina |
| 3:18:41 PM | Court | Exhibits 1, 2 Admitted without any objections from the Defendant |
| 3:19:39 PM | Court | Exhibit 3 Admitted without any objections from the Defendant |
| 3:20:31 PM | Court | Exhibits 4, 5, 6 Admitted without any objections from the Defendant |
| 3:20:55 PM | Defendant | Questions Witness |
| 3:24:43 PM | Defendant | Expresses to the Court his belief of lack of evidence regarding the Identity of defendant |
| 3:26:08 PM | Government | Responds to Defendant's Questions regarding Identity of Defendant |
| 3:28:24 PM | Defendant | Additional argument regarding Identity |
| 3:31:06 PM | Court | Questions attorneys using USC CODE |
| 3:31:54 PM | Court | Had not seen Warrant |
| 3:32:49 PM | Court | Questions Government regarding Exhibits |
| 3:35:15 PM | Defendant | Continues Argument Regarding Identity; Insufficient Evidence |
| 3:37:06 PM | Government | Responds to Defendant's Remarks |
| 3:37:56 PM | Defendant | Replies to Response |
| 3:38:21 PM | Court | Finds the Evidence is Sufficient as to Named Person in the Warrant; Defendant be Transported to Western District of New York for further proceedings and Defendant is Remanded to USMS for that purpose |
| 3:43:12 PM | Defendant | Preliminary Hearing and Detention be heard in Western District of New York; (ORAL MOTION) Request Pretrial Report be destroyed or be Sealed |
| 3:45:32 PM | Court | (ORAL ORDER) Pretrial Report be Sealed and be made part of the Record |