AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

USA

V.

KEITH LAMAR LASTER

**PLAINTIFF'S EXHIBIT LIST**

Case Number: 2:05mj78-M

| PRESIDING JUDGE VANZETTA PENN MCPHERSON | PLAINTIFF'S ATTORNEY ANDREW SCHIFF | DEFENDANT'S ATTORNEY KEVIN BUTLER |
|---|---|---|
| TRIAL DATE (S) 6/23/05 | COURT REPORTER N/A | COURTROOM DEPUTY WANDA A. ROBINSON |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/23/05 | YES | YES | 6/15/05 LETTER FROM BARRY DUCEMAN TO CHIEF ROBERT DUFFY |
| 2 | | 6/23/05 | YES | YES | ALABAMA UNIFORM ARREST REPORT |
| 3 | | 6/23/05 | YES | YES | PRISONER MEDICAL RECORDS RELEASE FORM |
| 4 | | 6/23/05 | YES | YES | WRITTEN PAGE OF FINGERPRINTS |
| 5 | | 6/23/05 | YES | YES | TYPED PAGE OF FINGERPRINGS |
| 6 | | 6/23/05 | YES | YES | 6/22/05 LETTER FROM RONALD D. MCCOY TO WHOM IT MAY CONCERN |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages